UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MASON,

Plaintiff,

CASE NO.: 6:10-cv-1725-Orl-22DAB

vs.

MONARCH RECOVERY MANAGEMENT, INC.,

Defendants
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: March 2, 2011                                Respectfully submitted,

/s Andrew I. Glenn_____              /s/ Jeffrey A. Carter_____
Andrew I. Glenn                                   Jeffrey A. Carter, Esquire
E-mail: Andrew@cardandglenn.com                   Florida Bar No.: 090832
Florida Bar No.: 577261                           Jeffrey.Carter@chartisinsurance.com
J. Dennis Card, Jr.                               Law Offices of Scott L. Astrin
E-mail: Dennis@cardandglenn.com                   101 Southhall Lane, Suite 120
Florida Bar No. 0487473                           Maitland, FL 32751
Card & Glenn, P.A.                                Phone: (407) 551-2187
2501 Hollywood Boulevard, Suite 100               Fax: (407) 551-2201
Hollywood, Florida 33020                          Attorney for Defendant
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff